Kevin C. Orr, Esq. (NJ Atty. NO. 019891991)
LAW OFFICES OF KEVIN CRAWFORD ORR
33 Washington Street, Suite 1010
Newark, New Jersey 07102
(973) 824-5520
Attorneys for Third Party Defendant,
 Anthony Cappiello

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMANDA SAMPEY, | : Civil Action |
| Plaintiff, | : |
| | : Civil Action No. 2:24-cv-05691 |
| v. | : |
| | : Hon. Michael E. Farbiarz, U.S.D.J. |
| TOWNSHIP OF WEST ORANGE, TOWNSHIP OF WEST ORANGE POLICE DEPARTMENT, JAMES ABBOTT, Chief of Police, MATTHEW FUELA, Deputy Chief, MICHAEL KEIGHER, Deputy Chief, OFFICER MICHAEL GALLO, YVONNE BOWERS, West Orange Court Administrator, JOHN/JANE DOES 1-5 (SUPERVISORS); JAMES/JEAN DOES 6-10 (POLICE OFFICERS), | : Hon. Jose R. Almonte, U.S.M.J. |
| | : |
| | : **EX PARTE APPLICATION FOR EMERGENT HEARING** |
| | **(Order to Show Cause with Preliminary Relief)** |
| Defendants. | : |
| v. | : |
| ANTHONY CAPPIELLO, | : |
| Third-Party Defendant. | : |

The undersigned, attorney for Third Party Defendant, Anthony Cappiello, hereby makes *ex parte* application to the Hon. Michael E. Farbiarz, U.S.D.J., or such other duly assigned District Court Judge of the District of New Jersey, located at the United States District Court, District of New Jersey, 50 Walnut St #4015, Newark, New Jersey 07102, for entry of an Order to Show Cause with preliminary relief granting Third Party Defendant, Anthony Cappiello, emergent relief and

protections under New Jersey's Uniform Public Expression Protection Act, N.J.S.A. 2A:53-A-49 et seq., including, but not limited to:

A. A stay of all further proceedings between the moving party, Third Party Defendant, Anthony Cappiello, and responding parties, Defendants and Third-Party Plaintiffs, TOWNSHIP OF WEST ORANGE, TOWNSHIP OF WEST ORANGE POLICE DEPARTMENT, JAMES ABBOTT, Chief of Police, MATTHEW FUELA, Deputy Chief, MICHAEL KEIGHER, Deputy Chief, OFFICER MICHAEL GALLO, and YVONNE BOWERS pursuant to among other things N.J.S.A. 2A: 53A-52 and the Court's ancillary jurisdiction under 28 U.S.C.A. §1367;

B. Barring any limited discovery pursuant to N.J.S.A. 2A: 53A-52(d);

C. Fixing a date, expeditiously as possible pursuant to N.J.S.A. 2A: 53A-53, to hear Third Party Defendant, Anthony Cappiello's order to show cause;

D. Pursuant to N.J.S.A. 2A: 53A-55(a)(2), requiring the responding parties, Defendants and Third-Party Plaintiffs, TOWNSHIP OF WEST ORANGE, TOWNSHIP OF WEST ORANGE POLICE DEPARTMENT, JAMES ABBOTT, Chief of Police, MATTHEW FUELA, Deputy Chief, MICHAEL KEIGHER, Deputy Chief, OFFICER MICHAEL GALLO and YVONNE BOWERS, to establish under N.J.S.A. 2A: 53A-50 that New Jersey's Uniform Public Expression Protection Act, N.J.S.A. 2A:53-A-49 et seq. does not apply to all claims asserted in the Third-Party Complaint against Third Party Defendant, Anthony Cappiello;

E. Pursuant to N.J.S.A. 2A: 53A-55(a)(3)(a), requiring the responding parties, Defendants and Third-Party Plaintiffs, TOWNSHIP OF WEST ORANGE, TOWNSHIP OF WEST ORANGE POLICE DEPARTMENT, JAMES ABBOTT, Chief of Police, MATTHEW FUELA, Deputy Chief, MICHAEL KEIGHER, Deputy Chief, OFFICER MICHAEL

GALLO and YVONNE BOWERS, to establish a prima facie case as to each essential element of all causes of action in the Third-Party Complaint;

F. Dismissing Third-Party Plaintiffs' Third-Party Complaint with prejudice pursuant to N.J.S.A. 2A:53A-55(a);

G. Awarding Third Party Defendant, Anthony Cappiello, his "court costs, reasonable attorney's fees, and reasonable litigation expenses related to the order to show cause" pursuant to N.J.S.A. 2A:53A-58;

H. Dismissing Counts 1, and 2 of Third-Party Plaintiffs' Third-Party Complaint Seeking Contribution Based Upon Plaintiff's Federal Section 1983 Claims Pursuant to Fed. R. Civ. Pro. 12(b)(6); and,

I. All further relief as this Court may deem just and proper.

In support of this application, reliance shall be placed upon the following: Verified Complaint, Certification of Anthony Cappiello, Certification of Kevin. C. Orr, Esq., and letter brief, all filed herewith.

> LAW OFFICES OF
> KEVIN CRAWFORD ORR
> Attorneys for Third Party Defendant,
>   Anthony Cappiello
>
> By: /s/ KCO
>   KEVIN CRAWFORD ORR
>
>   Dated: 8/2/2024