Kevin C. Orr, Esq. (NJ Atty. NO. 019891991)
LAW OFFICES OF KEVIN CRAWFORD ORR
33 Washington Street, Suite 1010
Newark, New Jersey 07102
(973) 824-5520
Attorneys for Third Party Defendant,
  Anthony Cappiello

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMANDA SAMPEY, | : Civil Action |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 2:24-cv-05691 |
| v. | : |
| | : Hon. Michael E. Farbiarz, U.S.D.J. |
| TOWNSHIP OF WEST ORANGE, TOWNSHIP | : Hon. Jose R. Almonte, U.S.M.J. |
| OF WEST ORANGE POLICE DEPARTMENT, | : |
| JAMES ABBOTT, Chief of Police, MATTHEW | : |
| FUELA, Deputy Chief, MICHAEL KEIGHER, | : |
| Deputy Chief, OFFICER MICHAEL GALLO, | : |
| YVONNE BOWERS, West Orange Court | : **STIPULATION OF** |
| Administrator, JOHN/JANE DOES 1-5 | : **DISMISSAL WITH PREJUDICE** |
| (SUPERVISORS); JAMES/JEAN DOES 6-10 | : |
| (POLICE OFFICERS), | : |
| | : |
| Defendants. | : |
| | : |
| v. | : |
| | : |
| ANTHONY CAPPIELLO, | : |
| | : |
| Third-Party Defendant. | : |

**THIS MATTER** in difference in the above entitled action having been amicably adjusted

by and between the parties, it is hereby stipulated and agreed that the following be and it is hereby

dismissed with prejudice and without attorney's fees and/or costs against any party: (1) any and all

claims set forth in Plaintiff's complaint as against defendants Township of West Orange, Township

of West Orange, James Abbott, Matthew Fuella, Michael Keigher, Michael Gallo and Yvonne

Bowers (West Orange Defendants; (2) the West Orange Defendants' Third-Party Complaint against

Third-party Defendant Anthony Cappiello; and, (3) any and all motions, counterclaims and/or cross-

claims asserted by any party.

LAW OFFICES OF
KEVIN CRAWFORD ORR
Attorneys for Third Party Defendant,
Anthony Cappiello


By:_____
    KEVIN CRAWFORD ORR

Dated:    9/30/2024


TRENK ISABEL SIDDIQI &
SHAHDANIAN P.C.
Attorneys for Defendants and
Third Party-Plaintiffs, Township of West Orange
James Abbott, Matthew Fuella,
Michael Keigher, Michael Gallo and
Yvonne Bowers


By:_____
    RICHARD D. TRENK

Dated:  9/30/24


LAW OFFICES OF
ROBERT D. KOBIN, ESQ., LLC
Attorneys for Plaintiff,
Amanda Sampey


By:_____
    ROBERT D. KOBIN

Dated:    9/30/2024


**SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.
Date:   10/8/2024